**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00708-REB-KLM

QFA ROYALTIES, LLC, a Delaware limited liability company, and
QIP HOLDER, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

ALAMO CITY SUBS, LLC, a Texas limited liability company,
MYRA M. BENNETT, individually,
ALFRED B. TREVINO, individually,
LEGAL EATS, LLC, a Texas limited liability company, and
WAEL SULEIMAN, individually,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiffs' Motion To Withdraw Motion For Preliminary Injunction and To Vacate Hearing Set For April 19, 2010**. After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiffs' Motion To Withdraw Motion For Preliminary Injunction and To Vacate Hearing Set For April 19, 2010**, is **GRANTED**;

    2. That plaintiffs' **Motion For Preliminary Injunction** [#5] filed March 31, 2010, is **WITHDRAWN**; and

    3. That the hearing previously scheduled for April 19, 2010, on plaintiffs' motion is **VACATED**.

    Dated: April 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.