IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00708-REB-KLM

QFA ROYALTIES, LLC, a Delaware limited liability company, and
QIP HOLDER, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

ALAMO CITY SUBS, LLC, a Texas limited liability company,
MYRA M. BENNETT, individually,
ALFRED B. TREVINO, individually,
LEGAL EATS, LLC, a Texas limited liability company, and
WAEL SULEIMAN, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Renewed Stipulation of Dismissal Without Prejudice** [#25] filed July 14, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Renewed Stipulation of Dismissal Without Prejudice** [#25] filed July 14, 2010, is **APPROVED**; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 14, 2010, at Denver, Colorado.

                                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge